UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## N O T I C E

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | 1:CR-01-371-01 |
| V. | : | |
| | : | |
| KOFOWOROLA SAMUEL a/k/a | : | |
| Samuel Kofoworola | : | |

Type of Case:
    ( ) Civil         (X) Criminal

(XX) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | Courtroom #4 |
| Federal Building | Eighth Floor |
| 228 Walnut Street | **November 14, 2006** |
| Harrisburg, PA   17108 | At **9:30 a.m.** |

TYPE OF PROCEEDING:    **INITIAL APPEARANCE/GUILTY PLEA**

MARY E. D'ANDREA, CLERK

___s/ *Shawna L. Cihak*___
Shawna L. Cihak, Deputy Clerk

DATED:   October 31, 2006

To:   Hon. Yvette Kane
       Gordon A. Zubrod, AUSA
       Daniel Pell, Esquire
       U.S. Marshal
       U.S. Probation
       Court Reporter
       File