UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**N O T I C E**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | 1:CR-01-371-01 |
| V. | : | |
| | : | |
| KOFOWOROLA SAMUEL a/k/a | : | |
| Samuel Kofoworola | : | |

_____

Type of Case:
   ( ) Civil           (X) Criminal
_____

(XX) TAKE NOTICE that the proceeding in this case has been **RESCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | Courtroom #4 |
| Federal Building | Eighth Floor |
| 228 Walnut Street | **December 14, 2006** |
| Harrisburg, PA   17108 | At **3:00 p.m.** |

TYPE OF PROCEEDING:      **INITIAL APPEARANCE/GUILTY PLEA**

                                                          MARY E. D'ANDREA, CLERK

                                                          ____s/ ***Shawna L. Cihak***_____
                                                          Shawna L. Cihak, Deputy Clerk

DATED:   December 7, 2006

To:    Hon. Yvette Kane
        Gordon A. Zubrod, AUSA
        Daniel Pell, Esquire
        U.S. Marshal
        U.S. Probation
        Court Reporter
        File