IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | : | |
| vs. | : | CR-01-00371-01 |
| KOFOWOROLA SAMUEL,<br> aka Samuel Kofoworola<br> aka Ibidapo Dawodu,<br>Defendant | : | |

### PLEA

AND NOW, this 14th day of December 2006, the above-captioned defendant hereby pleads guilty to Count I of the within Indictment.

_____
KOFOWOROLA SAMUEL

_____
Counsel for Defendant